IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-065-RLV-DCK

| | |
|---|---|
| BROADCAST MUSIC, INC.; BOCEPHUS MUSIC, INC.; HORIPRO ENTERTAINMENT GROUP, INC. d/b/a SIXTEEN STARS MUSIC; SONGS OF UNIVERSAL, INC.; HOUSE OF CASH, INC.; and WEONA MUSIC,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN TRENT ENTERPRISES, LLC, d/b/a SPORTS PAGE FOOD & SPIRITS; MICHAEL S. BRYANT; JOHN C. YELTON; and JENNIFER A. BRYANT,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 14) on September 29, 2014, notifying the Court that the parties reached a settlement in principal with Defendants, subject to a final payment due on November 15, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 1, 2014**.

**SO ORDERED**.

Signed: September 29, 2014

David C. Keesler
United States Magistrate Judge